The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



Dated: August 20, 2010

Arthur I. Harris
United States Bankruptcy Judge

_____

BK1006564
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-13928 |
| Jeffrey D Turza<br>Patricia S Turza | Chapter 7 |
| | Judge Harris |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 584 GOLDEN RUSSETT BOULEVARD, AMHERST, OH 44001** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant"). (Docket **17**). Movant

has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 584 Golden Russett Boulevard Amherst, OH 44001.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Cheap Escape Company, Inc. - Creditor
3105 Farnham Road
Richfield, OH 44286
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Joseph J Corso, Esq. - Attorney for Debtors
19111 Detroit Road
Suite 302
Rocky River, OH 44116
jjcorsosr@hotmail.com
VIA ELECTRONIC SERVICE

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Marvin A. Sicherman - Trustee
1100 AmTrust Bank Center
1801 East 9th Street
Cleveland, OH 44114-3169
sicherman_trustee@dsb-law.com
VIA ELECTRONIC SERVICE

Sun Newspapers - Creditor
5510 Cloverleaf Pkwy
Cleveland, OH 44125
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Patricia S Turza - Debtor
137 Forest Street
Amherst, OH 44001
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jeffrey D Turza - Debtor
137 Forest Street
Amherst, OH 44001
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Willoughby Supply Company - Creditor
7433 Clover Avenue
Mentor, OH 44060
ORDINARY U.S. MAIL, POSTAGE PRE-PAID